UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  ANGELA M. KLINE,          :      Case No. 14-12815REF
        Debtor                          :      Chapter 7

-----------------------------------------------------------------------------------------

ALAN B. ZIEGLER,                  :      Adv. No. 14-227
        Plaintiff                       :
          vs.                          :
ANGELA M. KLINE,                  :
        Defendant                       :

# <u>ORDER ENTERING JUDGMENT IN FAVOR OF DEBTOR/DEFENDANT AND AGAINST PLAINTIFF</u>

AND NOW, this 20 day of November, 2014, based upon the analysis in the Statement Supporting this Order Entering Judgment, filed herewith, and based upon the findings of fact, conclusions of law, and discussion set forth in the accompanying Statement,

IT IS HEREBY ORDERED that Judgment in the above-captioned Adversary Proceeding is HEREBY ENTERED IN FAVOR OF DEBTOR/DEFENDANT and AGAINST PLAINTIFF.

18

IT IS FURTHER ORDERED that Debtor's obligation to pay Plaintiff

his legal fees shall be discharged in this bankruptcy case.

BY THE COURT

RICHARD E. FEHLING
United States Bankruptcy Judge

19